**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| FEDERAL DEPOSIT INSURANCE CORPORATION AS RECEIVER FOR WASHINGTON MUTUAL BANK,<br><br>Plaintiff,<br><br>vs.<br><br>ARK-LA-TEX FINANCIAL SERVICES, LLC,<br><br>Defendant. | Case No. 8:22-cv-1491-KK-ADS<br><br>**ORDER GRANTING STIPULATION AND JOINT MOTION TO DISMISS WITH PREJUDICE PURSUANT TO FED.R. CIV.P. 41** |

Pursuant to Federal Rule of Civil Procedure 41(a), Plaintiff Federal Deposit Insurance Corporation as Receiver for Washington Mutual Bank and Defendant Ark-La-Tex Financial Services, LLC have agreed to and jointly moved for entry of an order dismissing this case with prejudice.

ORDER

1       For the aforementioned reasons, this case is DISMISSED with prejudice, each party to bear its/their own costs and attorneys' fees.

**It is SO ORDERED**.

Date: April 22, 2024

                                            Hon. Kenly Kiya Kato
                                            U.S. District Judge